JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO; ELSIE FONG,
And MIKE MALONE

**ETAN ROSEN, (SBN 173728)**
BEYER, POMGRATZ, AND ROSEN
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  (916) 369-9750
Telecopier:  (916) 369-9760
Attorney for plaintiff JEWEL MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELL MASON,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF SACRAMENTO; ELSIE FONG, in her individual and official capacities; MIKE MALONE, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.:  2:16-CV-00744-JAM-EFB<br><br>**STIPULATION TO DISMISS DOE DEFENDANTS** |

    Plaintiff Jewell Mason and defendants City of Sacramento, Elsie Fong, and Mike Malone, by and through their attorneys of record, hereby stipulate to dismiss the Doe defendants.  Once the Doe defendants are dismissed, the City will withdraw its pending Motion to strike, filed on May 11, 2016.

///

IT IS SO STIPULATED.

DATED: June 21, 2016                JAMES SANCHEZ,
                                    City Attorney


                                    By: /s/ Kathleen T. Rogan
                                    **KATHLEEN T. ROGAN**
                                    Senior Deputy City Attorney
                                    Attorneys for the DEFENDANTS

Dated: June 21, 2016                BEYER, POMGRATZ, AND ROSEN


                                    By:  /s/ Etan Rosen
                                    ETAN ROSEN
                                    Attorneys for plaintiff JEWELL MASON


    Good cause appearing therefore, the Court hereby orders the dismissal of the Doe defendants.

IT IS SO ORDERED.

Dated: June 21, 2016                /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE