JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the DEFENDANTS

**ETAN E. ROSEN** (173728)
BEYER, POMGRATZ, & Rosen
3230 Ramos Circle
Sacramento, CA 95827
Phone (916) 369-9750
Fax (916) 369-9760

Attorney for plaintiff JEWEL MASON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELL MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; ELSIE FONG, in her individual and official capacities; MIKE MALONE, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:16-CV-00744-JAM-EFB<br><br>**STIPULATION FOR REFERAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

    The parties respectfully request a referral to the Voluntary Dispute Resolution Program.

IT IS SO STIPULATED.

*///*

*///*

*///*

1

STIPULATION FOR REFERAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
645972)}»

DATED:  July 10, 2017                         JAMES SANCHEZ,
                                              City Attorney


                                     By:_____/s/_____
                                              **KATHLEEN T. ROGAN**
                                              Senior Deputy City Attorney
                                              Attorneys for the DEFENDANTS


DATED:  July 10, 2017                         Respectfully submitted,

                                              BEYER POMGRATZ & ROSEN


                                     By:_____/s/_____
                                              **ETAN E. ROSEN**
                                              Attorney for Plaintiff Jewel Mason

STIPULATION FOR REFERAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM
645972)}»

## ORDER

IT IS HEREBY ORDERED:

Pursuant to Local Rule 271 (Fed. R. Civ.P.16), the parties are referred to the Voluntary Dispute Resolution Program.

DATED: 7/10/2017

/s/ John A. Mendez

HON. JOHN A. MENDEZ
JUDGE, UNITED STATES DISTRICT COURT EASTERN DISTRICT