JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELL MASON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; ELSIE FONG, in her individual and official capacities; MIKE MALONE, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-00744-JAM-EFB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE; ORDER** |

This matter is currently set for pretrial conference on September 1, 2017 at 11:00 a.m. Defense counsel also has an international flight leaving at 5:00 p.m. out of the San Francisco International airport on September 1, 2017, and must arrive at the airport not later than 3:00 p.m. The travel plans were made after the court's scheduling order but the conflict was unintentional and the result of a mistake. Counsel intended to fly on a Saturday and believed she had purchased a ticket accordingly. Unfortunately, July 1 is on a Saturday but September 1 is not. Given the narrow window of travel time between the pretrial conference and the flight, there is substantial risk that she may miss her flight.

///

1   Trial is scheduled on October 16, 2017. The parties have scheduled a mediation on
2   September 20 with Joel Francisosa.
3   The parties respectfully request and stipulate, that:
4   1) the pretrial conference be continued to September 22, 2017, at 10:00 a.m. and
5   2) the October 16, 2017 trial be continued to October 30, 2017.
6   IT IS SO STIPULATED.

Dated: August 4, 2017                JAMES SANCHEZ,
                                     City Attorney


                                     By:   /s/Kathleen T. Rogan
                                           **KATHLEEN T. ROGAN**
                                           Senior Deputy City Attorney
                                           Attorneys for the DEFENDANTS


Dated: August 4, 2017                Respectfully submitted,

                                     BEYER POMGRATZ & ROSEN


                                     BY:   /s/Etan E. Rosen
                                           **ETAN E. ROSEN**
                                           Attorney for Plaintiff Jewel Mason


                                     *******


GOOD CAUSE APPEARING, the Court hereby orders that pretrial conference be continued to September 20, 2017 at 10:00 a.m. and that the current trial date of October 16, 2017 be continued to October 30, 2017.

IT IS SO ORDERED.

Dated: August 4, 2017                /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE