JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELL MASON,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; ELSIE FONG, in her individual and official capacities; MIKE MALONE, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 2:16-CV-00744-JAM-EFB<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE; ORDER** |

    This matter is currently set for trial on October 30, 2017. The parties had a mediation scheduled with Joel Francisosa through the VDRP on September 20, 2017. Unfortunately, an issue arose with Mr. Franciosa's conduct that left the parties uncomfortable proceeding with him as mediator. At the parties' request, Mr. Franciosa withdrew from the mediation.

    On August 25, 2017, the parties selected Kristin Bohm as the new mediator. The first available date Ms. Bohm has to mediate this matter is October 17, nine days before trial commences.

///

///

1

STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE 660077}»

In order to participate fully in the mediation without having to simultaneous prepare for trial, the parties respectfully request and stipulate, that:

1) the pretrial conference be continued from September 22, 2017, to March 9, 2018 at 11:00 a.m., and

2) the October 30, 2017 trial be continued to April 16, 2018 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: August 29, 2017  
JAMES SANCHEZ,  
City Attorney

By: /s/ Kathleen T. Rogan  
**KATHLEEN T. ROGAN**  
Senior Deputy City Attorney  
Attorneys for the DEFENDANTS

Dated: August 29, 2017  
Respectfully submitted,

BEYER POMGRATZ & ROSEN

BY: /s/ Etan E. Rosen  
**ETAN E. ROSEN**  
Attorney for Plaintiff Jewel Mason

*******

GOOD CAUSE APPEARING, the Court hereby orders that pretrial conference be continued to March 9, 2018 at 11:00 a.m., and that the current trial date of October 30, 2017 be continued to April 16, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 30, 2017  
/s/ John A. Mendez  
HON. JOHN A. MENDEZ  
UNITED STATES DISTRICT COURT JUDGE