**ETAN E. ROSEN** (173728)
BEYER, POMGRATZ, & Rosen
3230 Ramos Circle
Sacramento, CA 95827
Telephone (916) 369-9750
Telecopier (916) 369-9760
Attorney for Plaintiff JEWEL MASON

JAMES SANCHEZ, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the DEFENDANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL MASON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; ELSIE FONG, in her individual and official capacities; MIKE MALONE, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-00744-JAM-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(2)]** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(2), after the matter has been resolved and settled at VDRP, the parties hereby, by and through their undersigned counsel of record hereby STIPULATE and agree that this action be, and hereby is, dismissed in its entirety with prejudice.

IT IS SO STIPULATED:

Dated: October 18, 2017         JAMES SANCHEZ,
                                City Attorney

                                By:_____/s/_____
                                **KATHLEEN T. ROGAN**
                                Senior Deputy City Attorney

1

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(2)]**

Attorneys for the DEFENDANTS

Dated: October 18, 2016                BEYER, PONGRATZ, AND ROSEN


By: _____/s/_____
    **ETAN ROSEN**
    Attorney for plaintiff JEWEL MASON



Good cause appearing therefore, the Court hereby orders the dismissal of the entire action with prejudice.

IT IS SO ORDERED.

Dated: 10/18/2017            /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE